IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NADEZDA LAKAEVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOCKINGBIRD TINY HOMES LLC, ET AL.,<br><br>　　　　Defendants. | CIV. NO. 22-00424 JMS-WRP<br><br>ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Findings and Recommendation having been filed on May 31, 2024, ECF No. 47, and served on all parties on May 31, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation are ADOPTED as the opinion and Order of this court.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge