IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NADEZDA LAKAEVA, | ) | CV 22-00424 JMS-WRP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING THE |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT |
| MOCKINGBIRD TINY HOMES | ) | IN PART AND DENY IN PART |
| LLC, ET AL., | ) | PLAINTIFF'S MOTION FOR |
| | ) | ATTORNEYS' FEES |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO GRANT IN PART AND
DENY IN PART PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

Findings and Recommendation having been filed and served on all parties on November 20, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge